IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02-81049-CIV-MIDDLEBROOKS/JOHNSON

COOPER CARRY, INC.,

    Plaintiff,

vs.

JAMES H. BATMASIAN AND MARTA
BATMASIAN, d/b/a INVESTMENTS
LIMITED, FLORIDA "KEY WEST"
ARCHITECTURAL DESIGNERS AND
GERALD JOSEPH OAKLEY,

    Defendants.

## STIPULATION OF DISMISSAL

COMES NOW the parties hereto, by and through their undersigned counsel, and stipulate and agree that pursuant to Fed. R. Civ. Proc. 41 (a)(1) the above styled matter shall be dismissed with prejudice, each party to bear their own costs and attorneys fees.

This 18th day of February, 2003.

ATLLIB01 1444017.1

*(signature)*
John C. Carey, P.A.
Florida Bar No. 78379
Kilpatrick Stockton LLP
Suite 2000
200 South Biscayne Blvd.
Miami, FL 33131-2319
(786) 777-8000
Fax: (786) 777-8001

Counsel for Plaintiff Cooper Carry, Inc.

*(signature)*
Douglas C. Broeker
Florida Bar No. 306738
Sweetapple, Broeker, Varkas & Feldman
601 Brickell Key Drive
Courvoisier Center II, Suite 805
Miami, FL 33131
(305) 374-5623
Fax: (305) 358-1023

Counsel for Defendants James H. Batmasian, Marta Batmasian, Gerard J. Oakley and Florida "Key West" Architectural Designers

ATLLIB01 1444017.1